470 A.2d 1033

Commonwealth v. Robinson, Appellant.

Petition for Allowance of Appeal
Denied June 7, 1984.

Submitted June 23, 1983. Jacqueline M. Roberts, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order denying P.C.H.A. relief is affirmed.

470 A.2d 1033

Commonwealth v. Robinson, Sr., Appellant.

Submitted November 7, 1983. Barbara Lee Krier, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.